# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
OF NEBRASKA
06 DEC 15 AM 11:40
OFFICE OF THE CLERK

| UNITED STATES of AMERICA, | ) | |
|---|---|---|
| | ) | ~~Misc No. 06-90~~ 8:06cv759 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHRISTINE M. O'GARA, | ) | |
| | ) | |
| Respondent. | ) | |

Upon the Motion of the United States of America to continue the hearing currently scheduled for December 19, 2006, and for good cause shown,

IT IS HEREBY ORDERED that Petitioner's motion is granted;

IT IS FURTHER ORDERED that the hearing in this matter is rescheduled to January 16, 2007, at 11:00 A.M. in the United States District Court, Roman L. Hruska United States Courthouse, 111 S. 18th Plaza, Courtroom 6, Omaha, Nebraska; and

IT IS FURTHER ORDERED that the United States will mail a copy of this Order to the Respondent.

DATED December 15, 2006.

BY THE COURT:

F.A. Gossett
F.A. Gossett
United States Magistrate Judge

