IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV759 |
| | ) | |
| v. | ) | SEALED ORDER |
| | ) | |
| CHRISTINE M. O'GARA | ) | |
| | ) | |
| Respondent. | ) | |

    On November 17, 2006, Magistrate Judge F.A. Gossett, III was assigned miscellaneous case number 06-90 pursuant to a request from the United States Attorney's Office. The miscellaneous case number was issued regarding a Petition to Enforce Internal Revenue Service Summons. A hearing regarding this Petition has been scheduled before Magistrate Judge F.A. Gossett, III on January 16, 2007 at 11:00 a.m.  It has been determined that this matter was erroneously assigned a miscellaneous case number and should be assigned a civil case number.

    IT IS THEREFORE ORDERED that miscellaneous case 06-90 is now assigned to civil case number 8:06CV759 and this civil case should be directly assigned to Magistrate F.A. Gossett, III.

    IT IS FURTHER ORDERED that a copy of this order should be sent to the United States Attorney's office and that the United States will mail a copy of this Order to the Respondent.
.

    DATED this 18th day of December, 2006.

                                       BY THE COURT:


                                       **s/ Joseph F. Bataillon**
                                       Chief Judge