IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV759 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINE M. O'GARA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case has been reassigned to District Judge Richard G. Kopf for disposition and to the undersigned Magistrate Judge for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The hearing that was set for February 21, 2007 at 1:30 p.m. before the Honorable F.A. Gossett in Omaha, is cancelled. The hearing will be rescheduled to a later date in Lincoln.

DATED this 16th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge