IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CV759 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CHRISTINE M. O'GARA | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the petitioner's notice of dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

March 16, 2007        BY THE COURT:

                      *s/ Richard G. Kopf*
                      United States District Judge